No. 120. RAT PORTAGE LUMBER COMPANY, PLAINTIFF IN ERROR, *v.* THE STATE OF MINNESOTA; and No. 121. LESURE LUMBER COMPANY, PLAINTIFF IN ERROR, *v.* THE STATE OF MINNESOTA. Error to the Supreme Court of the State of Minnesota. Argued April 11, 1911. Decided April 17, 1911. *Per Curiam.* Dismissed for want of jurisdiction. *First National Bank* v. *Estherville*, 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.*, 217 U. S. 589; *Farrell* v. *O'Brien*, 199 U. S. 100; *Griffith* v. *Connecticut*, 218 U. S. 563, 571; *St. Paul Gas Light Co.* v. *St. Paul*, 181 U. S. 142, 151. *Mr. R. R. Briggs* and *Mr. M. H. Stanford* for the plaintiffs in error. *Mr. George T. Simpson, Mr. C. S. Jelley* and *Mr. Clifford L. Hilton* for the defendant in error.

---

No. 155. THE NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* WILLIAM SCHRADIN, AS ADMINISTRATOR, ETC. Error to the Supreme Court of the State of New York. Argued and submitted April 26, 1911. Decided May 15, 1911. *Per Curiam.* Judgment affirmed with costs. *Louisville & Nashville Railroad Company* v. *Melton*, 218 U. S. 36. *Mr. Charles C. Paulding, Mr. Thomas Emery,* and *Mr. Charles F. Brown* for the plaintiff in error. *Mr. George Vivian Smith* for the defendant in error.